UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cr-00105-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| DAKOTA REESE DAVIS, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Appeal of Magistrate's Order (Doc. No. 27).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **fourteen (14) days** from the date of this Order to file its response with the Court.[1]

IT IS SO ORDERED.

Signed: May 6, 2020

Frank D. Whitney
Chief United States District Judge

---

[1] The Court notes that in ECF, the Government was given seven days to respond. (Doc. No. 27). In light of Defendant's claims, the Court believes this time period is insufficient for the Government to adequately respond.