# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:20cr105**

**V.**

**ORDER**

**DAKOTA REESE DAVIS**

---

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Proceed ProSe and Motion to Dismiss, (Doc. No. 42). Defendant was sentenced March 8, 2022.

**IT IS ORDERED**, that the Defendants Motion (Doc. No. 42) is **MOOT.**

Signed: October 12, 2022

Frank D. Whitney
United States District Judge